1  JAMES L. PAGANO, ESQ. (Cal. State Bar No. 098185)
   IAN A. KASS, ESQ. (Cal. State Bar No. 184480)
2  PAGANO & KASS, APC
   96 North Third Street, Suite 525
3  San Jose, California 95112
   Telephone:  (408) 999-5678
4  Facsimile:  (408) 999-5684
   paganolaw@aol.com
5
   Attorneys for Plaintiff, RYAN GUINN,
6  an individual, on behalf of himself, and on
   behalf of all other persons similarly situated
7

8  ALAN S. LEVINS, ESQ. (Cal. State Bar No. 057612)
   LITTLER MENDELSON, P.C.
9  333 Bush Street, 34th Floor
   San Francisco, CA 94104
10 Telephone: (415) 433-1940
   Facsimile: (415) 399-8490
11 alevins@littler.com

12 JOHN H. ADAMS, JR., ESQ. (Cal. State Bar No. 253341)
   LITTLER MENDELSON, P.C.
13 500 Capitol Mall, Suite 2000
   Sacramento, CA 95814
14 Telephone: (916) 830-7200
   Facsimile: (916) 561-0828
15 jhadams@littler.com

16 Attorneys for Defendant,
   SUGAR TRANSPORT OF THE NORTHWEST, INC.
17

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RYAN GUINN, an individual, on behalf of himself, and on behalf of all other persons similarly situated, | Case No.: 2:16-cv-00325-WBS-EFB |
| Plaintiffs, | **STIPULATION AND** [P̶R̶O̶P̶O̶S̶E̶D̶] **ORDER EXTENDING SCHEDULED DATES FOR SETTLEMENT EFFORTS** |
| v. | Judge: Hon. William B. Shubb |
| SUGAR TRANSPORT OF THE NORTHWEST, INC., a California corporation, and DOES 1 through 100, | Courtroom:     5 |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER EXTENDING SCHEDULED DATES FOR SETTLEMENT EFFORTS    1

1  COME NOW, Plaintiff, RYAN GUINN ("Plaintiff"), and Defendant, SUGAR TRANSPORT
2  OF THE NORTHWEST, INC. ("Defendant"), (hereafter, Plaintiff and Defendants will be referred
3  to collectively as "the Parties"), by and through their respective attorneys of record, and they hereby
4  stipulate and agree as follows with regard to extending the scheduled dates in this Case:

5  WHEREAS, on July 21, 2016, Plaintiff propounded written discovery to Defendant seeking
6  information and documents pertaining to the issues that will be before the Court when it considers
7  class certification;

8  WHEREAS, following Defendant's receipt of that written discovery, the Parties agreed to
9  an expedited mediation of the Case;

10  WHEREAS, on Monday, August 8, 2016, the Parties engaged in a mediation of the Case
11  with Robert "Bo" Links, an attorney who practices law in San Francisco, California;

12  WHEREAS, during the mediation, the Parties agreed that an informal exchange of
13  information is necessary to further pursue the mediation in a meaningful way, and that the
14  production and review of that information would occur in August 2016, with follow-up mediation
15  efforts to take place initially by phone on Friday, September 2, 2016;

16  WHEREAS, the mediator, Attorney Links, has informed the Parties that he will be out of the
17  country and unavailable from mid-September 2016 through early October 2016 so that any further
18  mediation session will not take place until mid-October 2016;

19  WHEREAS, the Parties believe that the efforts to mediate will be more productive if the
20  Parties are not required to concurrently incur expenses to engage in extensive written and oral
21  discovery and briefing of class certification issues, the motion for which is now due to be filed by
22  no later than October 31, 2016.

23  THEREFORE, the Parties hereto stipulate and agree that the deadlines previously scheduled
24  by the Court, through its scheduling order, titled, "Status (Pretrial Scheduling) Order," be extended
25  90 days, as follows:

26  (1)  The deadline for the Parties to disclose expert witnesses from whom they plan to offer
27  testimony regarding class certification be extended from September 10, 2016 to **December
28  9, 2016**, with the disclosure of any rebuttal expert witnesses regarding class certification

1  extended from September 25, 2016 to **December 26, 2016**.

2  (2)  The deadline for the Parties to disclose those experts from whom they intend to offer
3  testimony at trial and produce reports in accordance with Federal Rule of Civil Procedure
4  26(a)(2) be extended from November 28, 2016 to **February 28, 2017**, with the deadline to
5  disclose expert witnesses intended solely for rebuttal at trial and produce their reports in
6  accordance with Federal Rule of Civil Procedure 26(a)(2) extended from December 27,
7  2016, to **March 27, 2017**.

8  (3)  The deadline to complete all discovery, including depositions for preservation of testimony,
9  be extended from January 27, 2017 to **April 27, 2017**.  The date by when all motions to
10  compel discovery must be noticed on the Magistrate Judge's calendar in accordance with the
11  Local Rules of this Court and so that such motions may be heard (and any resulting orders
12  obeyed) be extended from January 27, 2017 to **April 27, 2017**.

13  (4)  The deadline for Plaintiff to file a motion for class certification be extended from October
14  31, 2016 to **January 31, 2017**.

15  (5)  The deadline for filing all other motions, except motions for continuances, temporary
16  restraining orders, or other emergency applications, be extended from February 27, 2017 to
17  **May 30, 2017**.

18  (6)   The Final Pretrial Conference be continued from April 24, 2017 at 1:30 p.m. to on or about
19  **July 24, 2017** at 1:30 p.m. in Courtroom No. 5.

20  (7)  The Trial be continued from May 31, 2017 at 9:00 a.m. to on or about **August 30, 2017** at
21  9:00 a.m. in Courtroom No. 5.

22  IT IS SO STIPULATED.

23  Dated: August 23, 2016                    Respectfully submitted,

24                                            PAGANO & KASS, APC

25                                            /s/ Ian A. Kass

26                                            JAMES L. PAGANO, ESQ.,
                                              IAN A. KASS, ESQ.,
27                                            Attorneys for Plaintiff, Ryan Guinn

28

STIPULATION AND [PROPOSED] ORDER EXTENDING SCHEDULED DATES FOR SETTLEMENT
EFFORTS                                                                          3

| | |
|---|---|
| Dated: August 23, 2016 | LITTLER MENDELSON, P.C. |
| | /s/ John H. Adams, Jr. |
| | ALAN S. LEVINS, ESQ.,<br>JOHN H. ADAMS, JR., ESQ.<br>Attorneys for Defendant,<br>Sugar Transport of the Northwest, Inc. |

## ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the "Status (Pretrial Scheduling) Order" entered in the above-titled matter on June 17, 2016 is modified to extend the deadlines as follows:

(1) The deadline for the Parties to disclose expert witnesses from whom they plan to offer testimony regarding class certification be extended from September 10, 2016 to **December 9, 2016**, with the disclosure of any rebuttal expert witnesses regarding class certification extended from September 25, 2016 to **December 27, 2016**.

(2) The deadline for the Parties to disclose those experts from whom they intend to offer testimony at trial and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) be extended from November 28, 2016 to **February 28, 2017**, with the deadline to disclose expert witnesses intended solely for rebuttal at trial and produce their reports in accordance with Federal Rule of Civil Procedure 26(a)(2) extended from December 27, 2016, to **March 27, 2017**.

(3) The deadline to complete all discovery, including depositions for preservation of testimony, be extended from January 27, 2017 to **April 27, 2017**. The date by when all motions to compel discovery must be noticed on the Magistrate Judge's calendar in accordance with the Local Rules of this Court and so that such motions may be heard (and any resulting orders obeyed) be extended from January 27, 2017 to **April 27, 2017**.

(4) The deadline for Plaintiff to file a motion for class certification be extended from October 31, 2016 to **January 31, 2017**.

(5) The deadline for filing all other motions, except motions for continuances, temporary

STIPULATION AND [PROPOSED] ORDER EXTENDING SCHEDULED DATES FOR SETTLEMENT EFFORTS                                                                                                     4

1   restraining orders, or other emergency applications, be extended from February 27, 2017 to **May 30, 2017**.

(6)   The Final Pretrial Conference be continued from April 24, 2017 at 1:30 p.m. to on or about **July 31, 2017 at 1:30 p.m. in Courtroom No. 5.**

(7)   The Trial be continued from May 31, 2017 at 9:00 a.m. to on or about **September 26, 2017 at 9:00 a.m. in Courtroom No. 5.**

IT IS SO ORDERED.

Dated:  August 23, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING SCHEDULED DATES FOR SETTLEMENT EFFORTS                                                                                                                       5