JAMES L. PAGANO, ESQ. (Cal. State Bar No. 098185)
IAN A. KASS, ESQ. (Cal. State Bar No. 184480)
PAGANO & KASS, APC
96 North Third Street, Suite 525
San Jose, California 95112
Telephone:  (408) 999-5678
Facsimile:  (408) 999-5684
paganolaw@aol.com

Attorneys for Plaintiff, RYAN GUINN,
an individual, on behalf of himself, and on
behalf of all other persons similarly situated

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| RYAN GUINN, an individual, on behalf of himself, and on behalf of all other persons similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>SUGAR TRANSPORT OF THE NORTHWEST, INC., a California corporation and does 1 through 100,<br><br>        Defendants. | Case No.: 2:16-cv-00325-WBS-EFB<br><br>**ORDER ON APPLICATION OF PLAINTIFF'S COUNSEL TO APPEAR VIA TELEPHONE AT HEARING ON "PLAINTIFF RYAN GUINN'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT," WITH DECLARATION OF IAN A. KASS, ESQ., IN SUPPORT THEREOF** |

   This Court, having read and considered the application of Plaintiffs' attorneys for permission to appear via telephone at the hearing on "Plaintiff Ryan Guinn's Motion for Leave to File Amended Complaint" ("The Motion"), which hearing is scheduled for Monday, January 23, 2017, beginning at 1:30 p.m. ("The Application") was filed in this Court on or about January 13, 2017, and, in particular, having reviewed the Declaration of Ian A. Kass, Esq., in support thereof, and finding that good cause exists in the premises therefor,

IT IS HEREBY ORDERED that either Mr. Kass or his co-shareholder in Pagano & Kass, APC, the law firm that represents the named Plaintiff, RYAN GUINN, an individual, on behalf of himself, and on behalf of all other persons similarly situated, James L. Pagano, Esq., may appear at the hearing on the Motion, via telephone, pursuant to the protocols of this Court. The courtroom deputy shall email counsel with instructions on how to participate in the hearing via telephone.

Dated:  January 13, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE