JAMES L. PAGANO, ESQ. (Cal. State Bar No. 098185)
IAN A. KASS, ESQ. (Cal. State Bar No. 184480)
PAGANO & KASS, APC
96 North Third Street, Suite 525
San Jose, California 95112
Telephone: (408) 999-5678
Facsimile: (408) 999-5684
paganolaw@aol.com

Attorneys for Plaintiff, RYAN GUINN,
an individual, on behalf of himself, and on
behalf of all other persons similarly situated

CASSANDRA M. FERRANNINI, ESQ. (Cal. State Bar No. 204277)
ALEXANDRA K. LAFOUNTAIN, ESQ. (Cal. State Bar No. 301003)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cferrannini@downeybrand.com
alafountain@downeybrand.com

Attorneys for Defendant,
SUGAR TRANSPORT OF THE NORTHWEST, INC.

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| RYAN GUINN, an individual, on behalf of himself, and on behalf of all other persons similarly situated,<br><br>   Plaintiffs,<br><br>vs.<br><br>SUGAR TRANSPORT OF THE NORTHWEST, INC., a California corporation, *et al.*,<br><br>   Defendants. | Case No.: 2:16-cv-00325-WBS-EFB<br><br>**STIPULATION AND** [PROPOSED] **ORDER AMENDING SCHEDULING ORDER**<br><br>Judge: Hon. William B. Shubb<br>Courtroom: 5 |

STIPULATION AND ORDER AMENDING SCHEDULING ORDER   1

COME NOW, Plaintiff, RYAN GUINN ("Plaintiff"), and Defendant, SUGAR TRANSPORT OF THE NORTHWEST, INC. ("Defendant") (hereafter, when referenced in a collective manner, Plaintiff and Defendant will be referred to collectively as "the Parties"), by and through their respective attorneys of record, and they hereby stipulate and agree as follows:

WHEREAS, on June 17, 2016, the Court entered a scheduling order, titled "Status (Pretrial Scheduling) Order" ("Initial Scheduling Order") Document 22;

WHEREAS, on August 23, 2016, the Parties, then engaged in mediation efforts, asked the Court to extend the dates in the Initial Scheduling Order, believing that the efforts to mediate would be more productive;

WHEREAS, on August 24, 2016, the Court entered a stipulated order, titled "Stipulation and Order Extending Scheduled Dates for Settlement Efforts," Document 33 ("Revised Scheduling Order"), revising the Initial Scheduling Order in this Case;

WHEREAS, according to the referenced Revised Scheduling Order, the deadline for the Parties to disclose those experts from whom they intend to offer testimony at trial and produce reports is Tuesday, February 28, 2017, with the deadline to disclose rebuttal expert witnesses on Monday, March 27, 2017;

WHEREAS, on January 24, 2017, the Court, on Plaintiff's motion, entered an order granting Plaintiff leave to amend his complaint in this Case to add two additional defendants, Bronco Wine Company and Classic Wines of California (collectively as "Newly Added Defendants");

WHEREAS, on January 26, 2017, the Court postponed the deadline for Plaintiff to file a certification motion, through a stipulated order, titled, "Stipulation and Order Extending Scheduled Date for Filing Motion for Class Certification," Document 53, to May 1, 2017;

WHEREAS, following the filing and service of Plaintiff's amended complaint, the Answers of the Newly Added Defendants are not due until Monday, February 27, 2017.

WHEREAS, in view of the February 27, 2017 deadline scheduled for the Newly Added Defendants to respond to the amended complaint and appear in the Case, the Parties believe there will be insufficient time to meaningfully meet and confer regarding the Case deadlines with the Newly Added Defendants' counsel before the current February 28, 2017 deadline for expert disclosures;

THEREFORE, the Parties hereto hereby stipulate and agree that the following deadlines previously scheduled by the Court through the Revised Scheduling Order be extended as follows:

(1) The deadline for the Parties to disclose those experts from whom they intend to offer testimony at trial and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) be extended from February 28, 2017 to **July 31, 2017**, with the deadline to disclose expert witnesses intended solely for rebuttal at trial and produce their reports in accordance with Federal Rule of Civil Procedure 26(a)(2) extended from March 27, 2017, to **August 21, 2017**.

(2) The deadline to complete all discovery, including depositions for preservation of testimony, be extended from April 27, 2017 to **September 15, 2017**. The date by which all motions to compel discovery must be noticed on the Magistrate Judge's calendar in accordance with the Local Rules of this Court and so that such motions may be heard (and any resulting orders obeyed) be extended from April 27, 2017 to **September 15, 2017**.

(3) The deadline for filing all other motions, except motions for continuances, temporary restraining orders, or other emergency applications, be extended from May 30, 2017 to **September 29, 2017**.

(4) The Final Pretrial Conference be continued from July 31, 2017 at 1:30 p.m. to on or about **November 20, 2017** at 1:30 p.m. in Courtroom No. 5.

(5) The Trial be continued from September 26, 2017 at 9:00 a.m. to on or about **December 12, 2017** at 9:00 a.m. in Courtroom No. 5.

IT IS SO STIPULATED.

Dated: February 23, 2017

Respectfully submitted,
PAGANO & KASS, APC

/s/ Ian A. Kass
_____
JAMES L. PAGANO, ESQ.,
IAN A. KASS, ESQ.,
Attorneys for Plaintiff, Ryan Guinn

Dated: February 23, 2017

DOWNEY BRAND, LLP

/s/ Cassandra M. Ferrannini
_____
CASSANDRA M. FERRANNINI, ESQ.,
ALEXANDRA K. LAFOUNTAIN, ESQ.,
Attorneys for Defendant,
Sugar Transport of the Northwest, Inc.

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the "Stipulation and Order Extending Scheduled Dates for Settlement Efforts," Document 33, entered in the above-captioned matter on August 24, 2016, is modified as follows:

(1) The deadline for the Parties to disclose those experts from whom they intend to offer testimony at trial and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) is extended from February 28, 2017 to **July 31, 2017**, with the deadline to disclose expert witnesses intended solely for rebuttal at trial and produce their reports in accordance with Federal Rule of Civil Procedure 26(a)(2) is extended from March 27, 2017, to **August 21, 2017**.

(2) The deadline to complete all discovery, including depositions for preservation of testimony, is extended from April 27, 2017 to **September 15, 2017**. The date by which all motions to compel discovery must be noticed on the Magistrate Judge's calendar in accordance with the Local Rules of this Court and so that such motions may be heard (and any resulting orders obeyed) is extended from April 27, 2017 to **September 15, 2017**.

(3) The deadline for filing all other motions, except motions for continuances, temporary restraining orders, or other emergency applications, is extended from May 30, 2017 to **September 29, 2017**.

(4) The Final Pretrial Conference is continued from July 31, 2017 at 1:30 p.m. to **November 20, 2017 at 1:30 p.m. in Courtroom No. 5.**

(5) The Trial is continued from September 26, 2017 at 9:00 a.m. to **January 23, 2018 at 9:00 a.m. in Courtroom No. 5.**

IT IS SO ORDERED.

Dated: February 23, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE