James L. Pagano, State Bar No. 098185
Ian A. Kass, State Bar No. 184480
PAGANO & KASS, APC
96 North Third Street, Suite 525
San Jose, CA 95112
Tel: (408) 999-5678
Fax: (408) 999-5684

Attorneys for Plaintiff, Ryan Guinn,
an individual, on behalf of himself, and on
behalf of all other persons similarly situated

Cassandra M. Ferrannini, State Bar No. 2042277
Alexandra K. LaFountain, State Bar No. 301003
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Tel: (916) 444-1000
Fax: (916) 444-2100

Attorneys for Defendant,
Sugar Transport of the Northwest, Inc.

Eric J. Sousa, State Bar No. 232541
RODARAKIS & SOUSA, APC
1301 L Street, Suite 4
Modesto, CA 95354
Tel: (209) 554-5232
Fax: (209) 544-1085

Attorneys for Defendants,
Bronco Wine Company, a California
corporation, and Classic Wines of California,
a California corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN GUINN, an individual, on behalf of himself, and on behalf of all other persons similarly situated, | Case No. **2:16-cv-00325-WBS-EFB** |
| Plaintiffs, | <u>**CLASS ACTION**</u> |
| vs. | |
| SUGAR TRANSPORT OF THE NORTHWEST, INC., a California corporation, BRONCO WINE COMPANY, a California corporation, CLASSIC WINES OF CALIFORNIA, a California corporation, | **STIPULATION AND ORDER FURTHER EXTENDING SCHEDULED DATE FOR FILING MOTION FOR CLASS CERTIFICATION** |
| Defendants. | Judge: Hon. William B. Shubb<br>Courtroom: 5 |

1

COME NOW, Plaintiff, RYAN GUINN ("Plaintiff"), and Defendants, SUGAR TRANSPORT OF THE NORTHWEST, INC., BRONCO WINE COMPANY, and CLASSIC WINES OF CALIFORNIA ("Defendants") (hereafter, when referenced to in a collective manner, Plaintiff and Defendants will be referred to collectively as the "Parties"), by and through their respective attorneys of record, and they hereby stipulate and agree as follows:

WHEREAS, on January 16, 2017, the Court entered a stipulated order, entitled Stipulation and Order Extending Scheduled Date for Filing Motion for Class Certificate," Document 54 (the "Scheduling Order"), pursuant to which the Court extended the deadline for Plaintiff to file a motion for class certification to May 1, 2017;

WHEREAS, on January 24, 2017, the Court, on Plaintiff's motion, entered an order granting Plaintiff leave to amend his complaint in this case to add two additional defendants, BRONCO WINE COMPANY and CLASSIC WINES OF CALIFORNIA;

WHEREAS, on January 24, 2017, Plaintiff filed its Amended Complaint, naming as additional defendants, BRONCO WINE COMPANY and CLASSIC WINES OF CALIFORNIA. Defendants BRONCO WINE COMPANY and CLASSIC WINES OF CALIFORNIA filed an Answer to Plaintiff's Amended Complaint on February 27, 2017;

WHEREAS, on March 20, 2017, Plaintiff served Defendants BRONCO WINE COMPANY and CLASSIC WINES OF CALIFORNIA, with notices of deposition together with requests for documents, demanding production on April 24, 2017;

WHEREAS, Defendants BRONCO WINE COMPANY and CLASSIC WINES OF CALIFORNIA, after meeting and conferring in good faith regarding the nature and extent of the requests, have agreed to produce documents under a proposed protective order, the terms of which are still being negotiated; but Defendants require additional time to finalize the protective order and produce the documents;

WHEREAS, the Parties have agreed to continue the deposition of BRONCO WINE COMPANY's representative to a date in early May, to allow for finalization of the protective order and receipt of the documents before the deposition;

/ / /

1       WHEREAS, Plaintiff desires to complete the deposition of the representative of BRONCO

2 WINE COMPANY before filing his motion for class certification;

3       THEREFORE, the Parties hereto stipulate and agree as follows:

4       That the deadline for Plaintiff to file a motion for class certification in this case be extended

5 from May 1, 2017 to June 12, 2017.

6 IT IS SO STIPULATED.

7                                       Respectfully submitted,

8 DATED: April 20, 2017                 PAGANO & KASS, APC

9                                   By:    /s/ Ian A. Kass

10                                       James L. Pagano, Esq.

                                    Ian A. Kass, Esq.

11                                       Attorneys for Plaintiff, Ryan Guinn

12

13 DATED: April 21, 2017                 DOWNEY BRAND, LLP

14                                   By:  /s/ Kathryn L. Patterson

15                                       Cassandra M. Ferrannini, Esq.

                                    Alexandra K. LaFountain, Esq.

16                                       Kathryn L. Patterson, Esq.

                                    Attorneys for Defendant,

17                                       Sugar Transport of the Northwest, Inc.

18 DATED: April 21, 2017                 RODARAKIS & SOUSA, APC

19

20                                   By:   /s/ Eric J. Sousa

                                    Eric J. Sousa, Esq.

21                                     Kristina S. Vaz, Esq.

                                    Attorneys Defendants, Bronco Wine

22                                     Company and Classic Wines of California

23

24

25                                **ORDER**

26       GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED that the "Stipulation and

27 Order Extending Scheduled Date for Filing Motion for Class Certification," Document 54, entered in

28 the above-captioned matter on January 26, 2017 is modified to extend the deadline as follows:

1    The deadline for Plaintiff to file a motion for class certification be, and hereby is, extended

2    from May 1, 2017 to **June 12, 2017**.

3    IT IS SO ORDERED.

5    Dated:  April 21, 2017

     WILLIAM B. SHUBB
6    UNITED STATES DISTRICT JUDGE