DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
KATIE L. PATTERSON (Bar No. 266023)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cferrannini@downeybrand.com
kpatterson@downeybrand.com

Attorneys for Defendant,
SUGAR TRANSPORT OF THE NORTHWEST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN GUINN, an individual, on behalf of himself, and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUGAR TRANSPORT OF THE NORTHWEST, INC.; BRONCO WINE COMPANY, a California corporation; CLASSIC WINES OF CALIFORNIA, a California corporation, a California corporation, and DOES 1 through 100,<br><br>Defendants. | Case No. 2:16-cv-00325-WBS-EFB<br><br>**CLASS ACTION**<br><br>**STIPULATION CONTINUING MOTION FOR PROCEEDING AS COLLECTIVE ACTION AND FOR CLASS CERTIFICATION HEARING; [~~PROPOSED~~] ORDER** |

Defendant SUGAR TRANSPORT OF THE NORTHWEST, INC. ("Sugar Transport"), BRONCO WINE COMPANY AND CLASSIC WINES OF CALIFORNIA ("Bronco") (collectively "Defendants"), and Plaintiff RYAN GUINN ("Plaintiff") (collectively the "Parties"), by and through their respective counsel of record, stipulate as follows:

## **RECITALS**

1. On September 18, 2017, Plaintiff's filed a Motion for Proceeding as Collective Action and for Class Certification ("Motion"). The hearing date was set for October 30, 2017.

2. Plaintiff's responses to Sugar Transport's written discovery were originally due on

1  September 11, 2017; Plaintiff requested an extension until September 18, 2017 to respond to that
2  discovery. Sugar Transport granted that extension with the understanding that: (1) this discovery
3  was necessary to Sugar Transport's Opposition to the Motion; and (2) the discovery responses
4  would be "meaningful."

5      3.    On September 18, 2017, Plaintiff served responses to discovery, but failed to
6  produce any documents and, despite asserted the attorney-client privilege multiple times, failed to
7  provide a privilege log. Sugar Transport and Plaintiff are currently in the process of meeting and
8  conferring on this issue. Plaintiff provided a portion of the requested documents on October 12,
9  2017, as well as a privilege log. Sugar Transport has yet to have an opportunity to review this
10 additional material. Sugar Transport and Bronco will copy the remainder of the documents
11 Plaintiff intends to produce at the office of his counsel early next week.

12     4.    Sugar Transport and Bronco also noticed the depositions of five individuals to take
13 place between October 6 and October 11, 2017 with the intention of completing those depositions
14 in time for use in the Parties' respective Oppositions to the Motion. At Plaintiff's request, and
15 pursuant to Plaintiff's agreement to move the hearing date on the Motion to December 18, 2017,
16 Defendants agreed to continue the depositions. These depositions are now rescheduled to take
17 place between October 23, 2017, and November 6, 2017.

## **STIPULATION**

19 The hearing date on the Motion shall be held on December 18, 2017, with briefing to
20 follow the new hearing date.

21 IT IS SO STIPULATED.

22 DATED: October 13, 2017    DOWNEY BRAND LLP

24     By: /s/ Cassandra M. Ferrannini
25     CASSANDRA M. FERRANNINI
    KATIE L. PATTERSON
    Attorney for Defendant
26     SUGAR TRANSPORT OF THE NORTHWEST,
    INC.

| | |
|---|---|
| DATED: October 13, 2017 | PAGANO & KASS, APC |

By: /s/ James L. Pagano (as authorized on 10/13/17)
JAMES L. PAGANO
IAN A. KASS
Attorney for Plaintiff
RYAN GUINN

DATED: October 13, 2017    RODARAKIS & SOUSA, APC

By: /s/ Eric J. Sousa (as authorized on 10/13/17)
ERIC J. SOUSA
Attorney for Defendants
BRONCO WINE COMPANY AND CLASSIC WINES OF CALIFORNIA

## [~~PROPOSED~~] ORDER

The hearing date on Plaintiff's Motion for Proceeding as Collective Action and for Class Certification is hereby moved to December 18, 2017 at 1:30 p.m., with briefing in accordance with the Local Rules.

IT IS SO ORDERED.

Dated: October 13, 2017

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE