DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
KATIE L. PATTERSON (Bar No. 266023)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cferrannini@downeybrand.com
kpatterson@downeybrand.com

Attorneys for Defendant,
SUGAR TRANSPORT OF THE NORTHWEST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN GUINN, an individual, on behalf of himself, and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUGAR TRANSPORT OF THE NORTHWEST, INC.; BRONCO WINE COMPANY, a California corporation; CLASSIC WINES OF CALIFORNIA, a California corporation, a California corporation, and DOES 1 through 100,<br><br>Defendants. | Case No. 2:16-cv-00325-WBS-EFB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER** |

COME NOW, Plaintiff, RYAN GUINN ("Plaintiff"), and Defendants, SUGAR TRANSPORT OF THE NORTHWEST, INC., BRONCO WINE COMPANY and CLASSIC WINES OF CALIFORNIA ("Defendants") (hereafter, when referenced in a collective manner, Plaintiff and Defendants will be referred to collectively as "the Parties"), by and through their respective attorneys of record, and they hereby stipulate and agree as follows:

WHEREAS, on June 17, 2016, the Court entered a scheduling order, titled "Status (Pretrial Scheduling) Order" Document 22;

WHEREAS, on August 24, 2016, the Court entered a stipulated order, titled "Stipulation and Order Extending Scheduled Dates for Settlement Efforts," Document 33, revising the Initial

Scheduling Order in this Case;

WHEREAS, on January 24, 2017, the Court, on Plaintiff's motion, entered an order granting Plaintiff leave to amend his complaint in this Case to add two additional defendants, Bronco Wine Company and Classic Wines of California;

WHEREAS, on February 24, 2017, the Court entered a stipulated order, titled "Stipulation and Order Extending Scheduling Order," Document 61, revising the Scheduling Order in this Case;

WHEREAS, on May 17, 2017, the Court entered a stipulated order, titled "Stipulation and Order Further Amending Scheduling Order and Extending Scheduling Date for Filing Motion for Class Certification," Document 69 ("Further Amended Scheduling Order"), further revising the scheduling order in this Case;

WHEREAS, the Parties engaged in discovery, and Defendants noticed several depositions. When it became apparent that the Parties would not complete the necessary discovery in time for Defendants to utilize that discovery in their Opposition to Plaintiff's Motion for Proceeding as Collective Action and for Class Certification, the Parties stipulated to move the hearing date of that motion from October 30, 2017 to December 18, 2017, with briefing to follow the new hearing date;

WHEREAS, on October 13, 2017, the Court entered a stipulated order, titled "Stipulation Continuing Motion for Proceeding as Collective Action and for Class Certification Hearing," Document 73, moving the hearing date on the Motion for Proceeding as Collective Action and for Class Certification to December 18, 2017;

WHEREAS, having moved the Motion hearing date by two months, the Parties agree that it is necessary to move the remainder of the dates in this action by at least a commensurate amount.

**STIPULATION**

THEREFORE, the Parties hereto hereby stipulate and agree that the following deadlines previously scheduled by the Court through the Further Amended Scheduling Order, Document 69, be extended as follows:

(1) The deadline for the Parties to disclose those experts from whom they intend to offer testimony at trial and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) be extended from November 30, 2017 to **February 19, 2018**.

(2) The deadline for the Parties to disclose any expert witnesses intended solely for rebuttal at trial and to produce their reports in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be extended from December 22, 2017 to **March 14, 2018**.

(3) The deadline for the Parties to complete all discovery, including depositions for preservation of testimony, shall be extended from January 19, 2018 to **April 19, 2018**.

(4) The deadline for the Parties to notice all discovery-related motions, including motions to compel discovery, on the Magistrate Judge's calendar in accordance with the Local Rules of this Court, shall be extended from January 19, 2018 to **April 19, 2018**.

(5) The deadline for the Parties to file all other non-dispositive pre-trial motions, excluding motions for continuances, applications for temporary restraining order, other emergency applications, and motions in limine, shall be extended from January 19, 2018 to **April 19, 2018**.

(6) The deadline for the Parties to file dispositive pre-trial motions shall be extended from February 16, 2018 to **May 7, 2018**.

(7) The Final Pretrial Conference shall be continued from April 9, 2018 at 1:30 p.m. to on or about **June 22, 2018** at 1:30 p.m. in Courtroom No. 5, subject to the Court's availability.

(8) The Trial shall be continued from June 5, 2018 at 9:00 a.m. to on or about **August 21, 2018** at 9:00 a.m. in Courtroom No. 5, subject to the Court's availability.

IT IS SO STIPULATED.

DATED: November 29, 2017        DOWNEY BRAND LLP


By:   /s/ Cassandra M. Ferrannini
CASSANDRA M. FERRANNINI
KATIE L. PATTERSON
Attorney for Defendant
SUGAR TRANSPORT OF THE NORTHWEST, INC.

DATED: November 29, 2017          PAGANO & KASS, APC.

By: /s/ James L. Pagano (as authorized on 11/29/17)
      JAMES L. PAGANO
      IAN A. KASS
      Attorney for Plaintiff
      RYAN GUINN

DATED: November 28, 2017          RODARAKIS & SOUSA, APC

By: /s/ Eric J. Sousa (as authorized on 11/28/17)
      ERIC J. SOUSA
      Attorney for Defendants
      BRONCO WINE COMPANY AND CLASSIC
      WINES OF CALIFORNIA

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that the "Stipulation and Order Further Amending Scheduling Order," Document 69, entered in the above-captioned matter on May 17, 2017, is modified as follows:

(1) The deadline for the Parties to disclose those experts from whom they intend to offer testimony at trial and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) is extended from November 30, 2017 to **February 20, 2018**.

(2) The deadline for the Parties to disclose any expert witnesses intended solely for rebuttal at trial and to produce their reports in accordance with Rule 26(a)(2) of the Federal Rules of Civil Procedure is extended from December 22, 2017 to **March 14, 2018**.

(3) The deadline for the Parties to complete all discovery, including depositions for preservation of testimony, is extended from January 19, 2018 to **April 19, 2018**.

(4) The deadline for the Parties to notice all discovery-related motions, including motions to compel discovery, on the Magistrate Judge's calendar in accordance with the Local Rules of this Court, is extended from January 19, 2018 to **April 19, 2018**.

(5) The deadline for the Parties to file all other non-dispositive pre-trial motions, excluding motions for continuances, applications for temporary restraining order, other emergency applications, and motions in limine, is extended from January 19, 2018 to **April 19, 2018**.

(6) The deadline for the Parties to file dispositive pre-trial motions is extended from February 16, 2018 to **May 7, 2018**.

(7) The Final Pretrial Conference is continued from April 9, 2018 at 1:30 p.m. to **June 18, 2018 at 1:30 p.m.** in Courtroom No. 5.

(8) The Trial is continued from June 5, 2018 at 9:00 a.m. to on or about **August 21, 2018 at 9:00 a.m.** in Courtroom No. 5.

DATED: November 29, 2017

/s/ JOHN A. MENDEZ
for WILLIAM B. SHUBB
JUDGE, U.S. DISTRICT COURT

DOWNEY BRAND LLP