DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
KATIE L. PATTERSON (Bar No. 266023)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cferrannini@downeybrand.com
kpatterson@downeybrand.com

Attorneys for Defendant
SUGAR TRANSPORT OF THE NORTHWEST, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN GUINN, an individual, on behalf of himself, and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUGAR TRANSPORT OF THE NORTHWEST, INC.; BRONCO WINE COMPANY, a California corporation; CLASSIC WINES OF CALIFORNIA, a California corporation, a California corporation, and DOES 1 through 100,<br><br>Defendants. | Case No. 2:16-cv-00325-WBS-EFB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LIMITED EXTENSION OF DISCOVERY-RELATED DEADLINES** |

COME NOW, Plaintiff, RYAN GUINN ("Plaintiff"), and Defendants, SUGAR TRANSPORT OF THE NORTHWEST, INC. ("Sugar Transport"), BRONCO WINE COMPANY and CLASSIC WINES OF CALIFORNIA ("Bronco") (collectively "Defendants") (hereafter, when referenced in a collective manner, Plaintiff and Defendants will be referred to collectively as "the Parties"), by and through their respective attorneys of record, and they hereby stipulate and agree as follows:

WHEREAS, on June 17, 2016, the Court entered a scheduling order, titled "Status (Pretrial Scheduling) Order" Document 22;

WHEREAS, on January 24, 2017, the Court, on Plaintiff's motion, entered an order

granting Plaintiff leave to amend his complaint in this Case to add two additional defendants, Bronco Wine Company and Classic Wines of California;

WHEREAS, on February 24, 2017, the Court entered a stipulated order, titled "Stipulation and Order Extending Scheduling Order," Document 61, revising the Scheduling Order in this Case;

WHEREAS, on May 17, 2017, the Court entered a stipulated order, titled "Stipulation and Order Further Amending Scheduling Order and Extending Scheduling Date for Filing Motion for Class Certification," Document 69 ("Further Amended Scheduling Order"), further revising the scheduling order in this Case;

WHEREAS, on November 30, 2017, the Court entered a stipulated order, titled "Stipulation and Order Amending Scheduling Order" Document 77, further revising the scheduling order in this Case (the "Scheduling Order"). Per the current Scheduling Order, the deadline for the Parties to complete all discovery and to file any discovery-related motions is April 19, 2018;

WHEREAS, the Parties have engaged in discovery, and Defendant Sugar Transport propounded Requests for Production, Set One on Bronco on February 28, 2018. The Requests were designed to allow Sugar Transport to obtain documents relevant to its defense that it does not owe Plaintiff overtime under the Motor Carrier Exemption to the FLSA. Bronco served responses on April 2, 2018, objecting on the grounds that the requests were overbroad, unduly burdensome, and not proportional to the needs of the case, amongst other objections. After meeting and conferring, the Parties have agreed to narrow the scope of the requests. Even so narrowed, Bronco represents that the responsive documents are voluminous ("Bronco Production"). Sugar Transport has noticed the depositions of Byron Baker and Larry Mitts for April 16 and 17, 2018 respectively. Sugar Transport requires the documents in the Bronco Production in enough advance of these depositions to both copy and analyze them;

WHEREAS the Parties agree that it will take approximately three weeks for Sugar Transport to copy and analyze the documents;

WHEREAS, given the volume of documents and the necessity of these outstanding

depositions, the Parties agree to allow the following discovery to continue beyond the April 19, 2018, deadline set forth in the Scheduling Order: (1) The inspection and copying of documents responsive to Sugar Transport's Requests for Production, Set One, to Bronco, as narrowed and limited by agreement of Bronco and Sugar Transport ("Document Inspection"); and (2) the depositions of Byron Baker and Larry Mitts (collectively "Depositions").

## **STIPULATION**

THEREFORE, the Parties hereby stipulate and agree to modify the "Stipulation and Order Amending Scheduling Order," Document 77, as follows:

(1) The Parties agree to extend the deadline to complete the following specific discovery only:

- Sugar Transport's Requests for Production, Set One, to Bronco, as limited by agreement by and between Sugar Transport and Bronco ("Document Inspection"); and

- Depositions of Byron Baker and Larry Mitts (collectively, "Depositions").

(2) The Parties further agree that the deadline to complete the Document Inspection referenced in No. 1, above, shall be extended from April 19, 2018 to April 25, 2018. The deadline to complete the Depositions referenced in No. 1, shall be extended from April 19, 2018 to May 4, 2018. The deadline to complete all other discovery, including written discovery and depositions, shall remain as April 19, 2018.

(3) The Parties further agree that the deadline for the Parties to move to compel the Document Inspection and Depositions referenced in No. 1, above, shall be extended from April 19, 2018 to May 4, 2018. The deadline for the Parties to notice all other discovery-related motions shall remain as April 19, 2018.

(4) The Parties further understand and agree that they have stipulated to extend the above-referenced discovery deadlines only as to the Document Inspection and Depositions. By so stipulating, the Parties do not intend and do not agree to extend the discovery deadlines for any other purpose or to waive or continue any other deadlines in this matter.

IT IS SO STIPULATED.

DATED: April 12, 2018                                DOWNEY BRAND LLP


By:   /s/ Cassandra M. Ferrannini
CASSANDRA M. FERRANNINI
KATIE L. PATTERSON
Attorney for Defendant
SUGAR TRANSPORT OF THE NORTHWEST, INC.

DATED: April 12, 2018                                PAGANO & KASS, APC.


By: /s/ James L. Pagano (as authorized on 4/12/18)
JAMES L. PAGANO
IAN A. KASS
Attorney for Plaintiff
RYAN GUINN

DATED: April 12, 2018                                RODARAKIS & SOUSA, APC


By: /s/ Brandy L. Barnes (as authorized on 4/12/18)
ERIC J. SOUSA
BRANDY L. BARNES
Attorney for Defendants
BRONCO WINE COMPANY AND CLASSIC WINES OF CALIFORNIA

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that:

(1) The "Stipulation and Order Amending Scheduling Order," Document 77, shall be modified as follows:

(2) The deadline to complete discovery shall be extended as to the following specific discovery only:

- Sugar Transport's Requests for Production, Set One, to Bronco, as limited by agreement by and between Sugar Transport and Bronco ("Document Inspection"); and

1            •   Depositions of Byron Baker and Larry Mitts (collectively, "Depositions").

2       (3)     The deadline to complete the Document Inspection referenced in No. 1, above, shall be extended from April 19, 2018 to **April 25, 2018**. The deadline to complete the Depositions referenced in No. 1, shall be extended from April 19, 2018 to **May 4, 2018**. The deadline to complete all other discovery, including written discovery and depositions, shall remain as April 19, 2018.

      (4)     The deadline for the Parties to move to compel the Document Inspection and Depositions referenced in No. 1, above, shall be extended from April 19, 2018 to **May 4, 2018**. The deadline for the Parties to notice all other discovery-related motions shall remain as April 19, 2018.

IT IS SO ORDERED.

DATED: April 16, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE