DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
KATIE L. PATTERSON (Bar No. 266023)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
cferrannini@downeybrand.com
kpatterson@downeybrand.com

Attorneys for Defendant
SUGAR TRANSPORT OF THE NORTHWEST, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN GUINN, an individual, on behalf of himself, and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUGAR TRANSPORT OF THE NORTHWEST, INC.; BRONCO WINE COMPANY, a California corporation; CLASSIC WINES OF CALIFORNIA, a California corporation, a California corporation, and DOES 1 through 100,<br><br>Defendants. | Case No. 2:16-cv-00325-WBS-EFB<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES** |

Plaintiff, RYAN GUINN ("Plaintiff"), and Defendants, SUGAR TRANSPORT OF THE NORTHWEST, INC. ("Sugar Transport"), BRONCO WINE COMPANY and CLASSIC WINES OF CALIFORNIA ("Bronco") (collectively "Defendants") (hereafter, when referenced in a collective manner, Plaintiff and Defendants will be referred as "the Parties"), by and through their respective attorneys of record, and they hereby stipulate and agree as follows:

WHEREAS, on June 17, 2016, the Court entered a scheduling order, titled "Status (Pretrial Scheduling) Order" Document 22;

WHEREAS, on February 24, 2017, the Court entered a stipulated order, titled "Stipulation and Order Extending Scheduling Order," Document 61, revising the Scheduling Order in this

Case;

WHEREAS, on May 17, 2017, the Court entered a stipulated order, titled "Stipulation and Order Further Amending Scheduling Order and Extending Scheduling Date for Filing Motion for Class Certification," Document 69 ("Further Amended Scheduling Order"), further revising the scheduling order in this Case;

WHEREAS, on November 30, 2017, the Court entered a stipulated order, titled "Stipulation and Order Amending Scheduling Order" Document 77, further revising the scheduling order in this Case (the "Scheduling Order") setting forth certain dates and deadlines in this action;

WHEREAS on May 7, 2018, Sugar Transport filed a "Motion for Summary Judgment or in the Alternative, Summary Adjudication" ("Motion") against Plaintiff. Sugar Transport set the Motion for hearing on June 11, 2018. The Court's Courtroom Deputy informed Sugar Transport it needed to move its hearing date so as not to conflict with the Final Pre-Trial Conference briefing schedule;

WHEREAS, on May 9, 2018, Bronco and Plaintiff filed a "Stipulation and [Proposed] Order for Limited Extension of Certain Dates and Deadlines Set Forth in Amended Scheduling Order." Bronco and Plaintiff indicated that they had entered into a settlement. In light of this settlement, Bronco and Plaintiff agreed to take their discovery-related motions off calendar, and Bronco refrained from filing a dispositive motion. Bronco and Plaintiff sought to extend the deadline: (1) to file discovery-related motions by and between Bronco and Plaintiff from April 19, 2018 to June 11, 2018; and (2) for Bronco to file a dispositive pre-trial motion from May 7, 2018 to June 29, 2018. On May 10, 2018, this Court's Courtroom Deputy advised the Parties that because these extensions would necessitate moving the Final Pretrial Conference and likely the Trial date, all Parties should submit a stipulation and proposed order that took these dates into consideration;

WHEREAS Plaintiff and Sugar Transport have agreed to engage in a global mediation of both this case and the claims of the former putative class members/collective action members. This mediation will occur in August 2018;

WHEREAS, given that Bronco and Plaintiff have agreed to settle this action, and Sugar Transport and Plaintiff have agreed to mediate this action (as well as the claims of the former putative class members/collective action members), the Parties believe that efforts to mediate will be more productive if they are not required to incur the costs of continuing to litigate this action before mediation.

THEREFORE, the Parties hereby stipulate and agree to modify the "Stipulation and Order Amending Scheduling Order," Document 77, as follows:

## **STIPULATION**

(1) The deadline for Plaintiff and Bronco and Classic to notice all discovery-related motions pertaining to discovery propounded by and between them, including motions to compel discovery, shall be moved from April 19, 2018 to **July 13, 2018**;

(2) The deadline for Bronco to file dispositive pre-trial motions as to Plaintiff only shall be moved from May 7, 2018 to **August 17, 2018**;

(3) The hearing date for Sugar Transport's Motion for Summary Judgment or in the Alternative Summary Adjudication shall be moved from June 11, 2018 to **September 17, 2018 at 1:30 pm**;

(4) The Final Pretrial Conference shall be continued from June 18, 2018 at 1:30 p.m. to **November 19, 2018 at 1:30 p.m.**; and

(5) The Trial shall be continued from August 21, 2018 at 9:00 a.m. to **January 29, 2019 at 9:00 a.m.**

IT IS SO STIPULATED.

DATED: May 21, 2018  DOWNEY BRAND LLP

By: _____/s/ Cassandra M. Ferrannini_____
CASSANDRA M. FERRANNINI
KATIE L. PATTERSON
Attorney for Defendant
SUGAR TRANSPORT OF THE NORTHWEST, INC.

1519357.4

3

STIP AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINES

| | | |
|---|---|---|
| DATED: May 22, 2018 | | PAGANO & KASS, APC. |

By: /s/ James L. Pagano (as authorized on 05/22/18)
JAMES L. PAGANO
IAN A. KASS
Attorney for Plaintiff
RYAN GUINN

DATED: May 21, 2018                 RODARAKIS & SOUSA, APC

By: /s/ Brandy L. Barnes (as authorized on 05/21/18)
ERIC J. SOUSA
BRANDY L. BARNES
Attorney for Defendants
BRONCO WINE COMPANY AND CLASSIC WINES OF CALIFORNIA

## **ORDER**

GOOD CAUSE APPEARING, it is hereby ORDERED that:

(1) The deadline for Plaintiff and Bronco and Classic to notice all discovery-related motions pertaining to discovery propounded by and between them, including motions to compel discovery, shall be moved from April 19, 2018 to **July 13, 2018**;

(2) The deadline for Bronco to file dispositive pre-trial motions as to Plaintiff only shall be moved from May 7, 2018 to **August 17, 2018**;

(3) The hearing date for Sugar Transport's Motion for Summary Judgment or in the Alternative Summary Adjudication shall be moved from June 11, 2018 to **September 17, 2018 at 1:30 p.m.**;

(4) The Final Pretrial Conference shall be continued from June 18, 2018 at 1:30 p.m. to **November 19, 2018 at 1:30 p.m.**; and

(5) The Jury Trial shall be continued from August 21, 2018 at 9:00 a.m. to **January 29, 2019 at 9:00 a.m.**

IT IS SO ORDERED.

Dated: May 22, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE